**Rhett LAWSON, Plaintiff-Respondent,**

v.

**Brent DOVER, Defendant,**

**Shelter Mutual Insurance Company, Garnishee, Garnishee-Appellant.**

**No. WD 35377.**

Missouri Court of Appeals, Western District.

Nov. 7, 1984.

John Banning, Oswald & Cottey, Kirksville, for garnishee-appellant.

Brent J. Mayberry, Mayberry & Mayberry, Kirksville, for plaintiff-respondent.

Before CLARK, P.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

From a judgment in favor of the plaintiff-garnishor, a judgment creditor, the garnishee-insurance company appeals. The matter was determined moot due to complete satisfaction of judgment after appeal, and therefore the appeal is dismissed.

**STATE of Missouri, Respondent,**

v.

**Russell L. MARTIN, Appellant.**

**No. WD 35757.**

Missouri Court of Appeals, Western District.

Nov. 7, 1984.

James C. Dowling, Franklin & Dowling, Fulton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, third offense, class B felony, Sections 577.010.1 and 577.023.1(2) RSMo Supp. 1982 and sentence of three years imprisonment.

Judgment affirmed. Rule 30.25(b)